CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

FILED
APR 3 0 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**United States District Court**

DISTRICT: SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA v. SABIRHAN HASANOFF, a/k/a "Tareq" | DOCKET NO. S1 10 CRIM. | MAGISTRATE'S CASE NO. 162 |
|---|---|---|

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:
SABIRHAN HASANOFF, a/k/a "Tareq"

WARRANT ISSUED ON THE BASIS OF:
X Indictment   ☐ Information   ☐ Order of Court   ☐ Complaint

DISTRICT OF ARREST:

TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

CITY:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Conspiracy to provide material support to a foreign terrorist organization

| IN VIOLATION OF | UNITED STATES CODE TITLE 18: | SECTIONS 2339B(a)(1), (d)(1)(A), (d)(1)(D), 3238 |
|---|---|---|

BAIL: OTHER CONDITIONS OF RELEASE:

ORDERED BY: 
SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE): [signature]
DATE ORDERED: 3/2/10

CLERK OF COURT: 
(BY) DEPUTY CLERK:
DATE ISSUED:

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED: 3/2/2010
DATE EXECUTED: 4/30/2010
NAME AND TITLE OF ARRESTING OFFICER: SA ANGUS MACLACHLAN
SIGNATURE OF ARRESTING OFFICER: [signature]

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.